UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOVAN CAMPBELL, on behalf of herself and all
others similarly situated,

No. 11:22-cv-10903 (JLR) (VF)

Plaintiffs,

-against-

**STIPULATION AND ORDER
OF DISMISSAL
WITH PREJUDICE**

GOOP INC.,

Defendant.

-----------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, pursuant to F.R.C.P. 41(a) of the Federal

Rules of Civil Procedure, that the above-captioned action is voluntarily dismissed, with prejudice,

without costs or fees payable to either party. This stipulation may be executed in counterparts and

facsimile or electronic execution hereof shall have the same effect and be treated as original. The

Parties request that the Court So Order same.

Dated:      New York, New York
            April 3rd _____, 2023

MARS KHAIMOV LAW, PLLC
Attorneys for Plaintiffs


By: *Mars Khaimov*
_____
   Mars Khaimov, Esq.
10826 64th Ave., Second Floor
Forest Hills, New York 11375
Phone: (929) 324-0717

RIVKIN RADLER LLP
Attorneys for Defendant


By:_____
   Nancy A. Del Pizzo, Esq.
25 Main Street, Suite 501
Court Plaza North
Hackensack, New Jersey 07601
Phone: (201) 287-2460


**SO ORDERED:**

_____
**HON. JENNIFER L. ROCHON, U.S.D.J.**


**Dated:**_____

13