UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOVAN CAMPBELL, on behalf of herself and all
others similarly situated,

                                                                                                 No. 11:22-cv-10903 (JLR) (VF)

                               Plaintiffs,

                    -against-                                  **STIPULATION AND ORDER**
                                                                              **OF DISMISSAL**
GOOP INC.,                                                               **WITH PREJUDICE**

                               Defendant.
----------------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED, pursuant to F.R.C.P. 41(a) of the Federal Rules of Civil Procedure, that the above-captioned action is voluntarily dismissed, with prejudice, without costs or fees payable to either party. This stipulation may be executed in counterparts and facsimile or electronic execution hereof shall have the same effect and be treated as original. The Parties request that the Court So Order same.

Dated:        New York, New York
                 April 3rd, 2023

MARS KHAIMOV LAW, PLLC                    RIVKIN RADLER LLP
Attorneys for Plaintiffs                                     Attorneys for Defendant

By: *Mars Khaimov*                                      By: _____
    Mars Khaimov, Esq.                                        Nancy A. Del Pizzo, Esq.
10826 64th Ave., Second Floor                  25 Main Street, Suite 501
Forest Hills, New York 11375                    Court Plaza North
Phone: (929) 324-0717                              Hackensack, New Jersey 07601
                                                      Phone: (201) 287-2460

**SO ORDERED:**                                 *Jennifer Rochon*
                                         HON. JENNIFER L. ROCHON, U.S.D.J.

Dated: April 18, 2023